IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| JAY EDWARD WILLIAMS,<br><br>　　Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>　　Respondent. | § § § § § § § § § § § § § |  Case No. 6:23-cv-241-JDK-JDL |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Petitioner Jay Edward Williams, a Texas Department of Criminal Justice inmate proceeding pro se, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for disposition.

On June 30, 2023, Judge Love issued a Report and Recommendation recommending that the Court deny the petition and dismiss this case without prejudice for lack of jurisdiction. Judge Love also recommended that a certificate of appealability be denied. Docket No. 6. Petitioner filed objections. Docket No. 9.

Where a party objects within fourteen days of service of the Report and Recommendation, the Court reviews the objected-to findings and conclusions of the Magistrate Judge de novo. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the

1

law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Petitioner's objections fail to address any of substantive issues in the Report. Accordingly, his objections are without merit.

Having conducted a de novo review of the Report and the record in this case, the Court has determined that the Report of the United States Magistrate Judge is correct. The Court therefore **OVERRULES** Petitioner's objections (Docket No. 9) and **ADOPTS** the Report and Recommendation of the Magistrate Judge (Docket No. 6) as the opinion of the District Court. Petitioner's petition for habeas corpus is hereby **DISMISSED** without prejudice. Further, the Court **DENIES** a certificate of appealability.

So **ORDERED** and **SIGNED** this **8th** day of **August, 2023.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE